1

2

3

4

5

6                                                    Honorable Wm. Fremming Nielsen

7

8                        IN THE UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                  SEATTLE DIVISION

10

11   Washington State Republican Party,
                                                    NO.    C 08-5595 WFN
12              Plaintiff/Petitioner
          vs.
13                                                  STIPULATED ORDER OF DISMISSAL
     WASHINGTON STATE PUBLIC
14   DISCLOSURE COMMISSION; BILL
     BRUMSICKLE, KEN SCHELLBERG,
15   DAVE SEABROOK, JANE NOLAND, and
     JIM CLEMENTS, Commissioners of the
16   Washington State Public Disclosure
     Commission in their individual capacities,
17   and VICKI RIPPIE, Executive Director of the
     Washington State Public Disclosure
18   Commission, in her individual capacity,

19              Defendants/Respondents.

20
          IT IS HEREBY STIPULATED by and between plaintiff/petitioner Washington State
21
     Republican Party, acting by and through its attorney of record, John J. White, Jr. of Livengood,
22
     Fitzgerald & Alskog, and defendants/respondents Washington State Public Disclosure Commission,
23
     Bill Brumsickle, Ken Schellberg, Dave Seabrook, Jane Noland and Jim Clements, Commissioners
24
     of the Washington State Public Disclosure Commission in their individual capacities, and Vicki
25
     Rippie, Executive Director of the Washington State Public Disclosure Commission, in her individual
26
     capacity, acting by and through their attorney of record, Linda A. Dalton, Senior Assistant Attorney
27

28

LIVENGOOD, FITZGERALD & ALSKOG
121 THIRD AVENUE
P.O. BOX 908
KIRKLAND, WASHINGTON 98083-0908
PHONE:  (425) 822-9281  FAX (425) 828-0908

General, of the Washington State Attorney General's office, that the above-titled cause be dismissed

without costs to any party under *Younger v. Harrison*, 401 U.S. 37 (1971).

DATED this 28th day of January, 2009

/s/  John J. White, Jr.
John J. White, Jr., WSBA #13682
Kevin B. Hansen, WSBA #28349
of Livengood, Fitzgerald & Alskog, PLLC
Attorneys for Plaintiffs
121 Third Avenue
P.O. Box 908
Kirkland, WA 98083-0908
Ph:    425-822-9281
Fax:   425-828-0908
E-mail: white@lfa-law.com
        hansen@lfa-law.com


ROBERT M. MCKENNA
Attorney General

/s/ Linda A. Dalton
Linda A. Dalton, WSBA #15467
Senior Assistant Attorney General
Gordon P. Karg, WSBA #37178
Assistant Attorney General
Attorneys for State Defendants

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

STIPULATED ORDER OF DISMISSAL - 2
NO.    C 08-5595 WFN

**ORDER**

Based on the foregoing stipulation, and finding good cause therefor, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

The claims of plaintiff Washington State Republican Party are hereby dismissed without costs to any party.

**DATED** this 2nd day of February, 2009.


s/ Wm. Fremming Nielsen
HON. WM. FREMMING NIELSEN

Presented by:

/s/    John J. White, Jr.
John J. White, Jr., WSBA #13682
Kevin B. Hansen, WSBA #28349
of Livengood, Fitzgerald & Alskog, PLLC
Attorneys for Plaintiffs
121 Third Avenue
P.O. Box 908
Kirkland, WA 98083-0908
Ph:    425-822-9281
Fax:   425-828-0908
E-mail: white@lfa-law.com
        hansen@lfa-law.com


ROBERT M. MCKENNA
Attorney General

/s/ Linda A. Dalton
Linda A. Dalton, WSBA #15467
Senior Assistant Attorney General
Gordon P. Karg, WSBA #37178
Assistant Attorney General
Attorneys for State Defendants
1125 Washington Street S.E.
P.O. Box 40100
Olympia, WA 98504-0100
Tel:    360-664-9006
e-mail: lindad@atg.wa.gov

STIPULATED ORDER OF DISMISSAL - 3
NO.    C 08-5595 WFN

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2009, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendants:**

Linda A. Dalton, WSBA #15467
Senior Assistant Attorney General
Attorney General of Washington
1125 Washington Street S.E.
P.O. Box 40100
Olympia, WA 98504-0100
Tel:    360-664-9006
e-mail: lindad@atg.wa.gov

/s/ John J. White, Jr.
John J. White, Jr., WSBA #13682
Kevin B. Hansen, WSBA #28349
of Livengood, Fitzgerald & Alskog, PLLC
Attorneys for Plaintiffs
121 Third Avenue, P.O. Box 908
Kirkland, WA 98083-0908
Ph:    425-822-9281  Fax:    425-828-0908
E-mail: white@lfa-law.com
            hansen@lfa-law.com

STIPULATED ORDER OF DISMISSAL - 4
NO.    C 08-5595 WFN